

**In The**
**Court of Appeals**
**Sixth Appellate District of Texas at Texarkana**

_____

No. 06-11-00009-CV

_____

IN RE:
JAMIE LEE BLEDSOE

Original Proceeding

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

Jamie Lee Bledsoe has filed an original petition seeking a writ of injunction from this Court. He asks us to enjoin the Harrison County Court (Fine Collections) from collecting money from his inmate trust fund based on a garnishment order entered in connection with his criminal conviction.

This Court has authority to issue a writ of mandamus, "and all other writs necessary to enforce the jurisdiction of the court." TEX. GOV'T CODE ANN. § 22.221(a) (Vernon 2004). We have no statutory authority allowing us to issue a writ of injunction, and the matters raised by Bledsoe in this petition do not implicate the jurisdiction of this Court in any respect.

We deny the petition.

Josh R. Morriss, III
Chief Justice

Date Submitted:     January 26, 2011
Date Decided:       January 27, 2011